# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-2016

_____

| | | |
|---|---|---|
| Ronald E. Byers, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | Tax Court |
| Commissioner of Internal Revenue, | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: October 2, 2009
Filed: November 10, 2009

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Ronald Byers challenges the tax court's[1] decision, after a bench trial, upholding the IRS's determination of his taxable income for tax years 1999-2002. Following careful review, see Campbell v. Comm'r, 164 F.3d 1140, 1142 (8th Cir. 1999) (standard of review for tax court decisions), we affirm the decision for the reasons stated in the tax court's memorandum. See 8th Cir. R. 47B.

_____

---

[1]The Honorable Stephen J. Swift, United States Tax Court Judge.